## BETTENBROCK ET AL. *v.* HARPER ET AL.

[No. 22,902.  Filed May 12, 1916.  Rehearing denied November 24, 1916.]

From Jackson Circuit Court; *John H. Edwards*, Special Judge.

Proceedings for the improvement of a highway on the petition of Henry Harper and others in which John H. Bettenbrock and others appeared and answered. From the judgment rendered, the defendants appeal. *Affirmed.*

*Montgomery & Montgomery*, for appellants.
*E. P. Elsner* and *Kochenour & Prince*, for appellees

Cox, J.—Appellee Harper and 362 other qualified petitioners instituted a proceeding under §62 of the Highway Act of 1905 (Acts 1905 p. 550, §7711 Burns 1908, as amended in 1913 (Acts 1913 p. 914, §7711a Burns 1914), for the pavement with concrete of an existing free gravel road less than three miles in length. Such proceedings were had below as to present in this appeal the same questions as were presented and decided in the case of *Bettenbrock* v. *Miller* (No. 22,901), *ante* 600, 112 N. E. 771, and on the authority of the decision in that case, the judgment in this is affirmed.

Morris, C. J.—Dissents.

## BETTENBROCK ET AL. *v.* KIRSCH ET AL.

[No. 22,903.  Filed June 30, 1916.  Rehearing denied November 24, 1916.]

From Jackson Circuit Court; *John H. Edwards*, Special Judge.

Proceedings for the improvement of a highway on the petition of John H. Kirsch and others in which John H. Bettenbrock and others appeared and answered. From the judgment rendered, the defendants appeal. *Affirmed.*

*Montgomery & Montgomery*, for appellants.
*E. P. Elsner* and *Kochenour & Prince*, for appellees.